[No. 20158–1–I.   Division One.   August 15, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT CURTIS TEALL, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86–1–02994–6, Lloyd W. Bever, J., entered March 12, 1987. *Reversed* by unpublished opinion per Williams, J., concurred in by Swanson and Grosse, JJ.

[No. 19080–6–I.   Division One.   August 15, 1988.]

JOSEPH C. KENT, ET AL, *Respondents,* v. JOHN M. TAYLOR, ET AL, *Defendants,* SHORELINE SAVINGS & LOAN ASSOCIATION, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85–2–01311–5, Jim Bates, J., entered July 29, 1986. *Affirmed* by unpublished opinion per Coleman, A.C.J., concurred in by Swanson and Pekelis, JJ.

[No. 18172–6–I.   Division One.   August 15, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. LEE MITCHELL, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 85–1–01033–1, Dennis J. Britt, J., entered March 27, 1986. *Affirmed* by unpublished opinion per Williams, J., concurred in by Scholfield, C.J., and Swanson, J.